**Isaac D. POLING, Plaintiff–Appellant,**

v.

**Larry G. MASSANARI, Acting Commissioner of Social Security Administration, Defendant–Appellee.**

No. 01–1743.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 28, 2001.

Decided Jan. 24, 2002.

Susan Kipp McLaughlin, McLaughlin & Curry, Fairmont, West Virginia, for Appellant. James A. Winn, Regional Chief, Region III, Patricia M. Smith, Deputy Chief, Kelly C. Connelly, Assistant Regional, Office of the General, Social Security Administration, Philadelphia, Pennsylvania; Patrick M. Flatley, United States Attorney, Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Isaac D. Poling appeals from the district court's order upholding the decision of the Commissioner of Social Security to deny Poling's application for disability insurance benefits. We have reviewed the record, the briefs, and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Poling v. Massanari*, No. CA–00–40–1 (N.D.W.Va. Mar. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*